[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 20-10940
Non-Argument Calendar

————————————————

D.C. Docket No. 1:19-cr-00089-WS-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TYKIEF LASHAWN DUNN,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Southern District of Alabama

————————————————

(August 26, 2020)

Before GRANT, LUCK, and FAY, Circuit Judges.

PER CURIAM:

Patricia Kemp, appointed counsel for Tykief Dunn in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dunn's convictions and sentences are **AFFIRMED**. The government's motion to dismiss the appeal based on the appeal waiver in Dunn's plea agreement is **DENIED** as moot.